**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DONUTNV FRANCHISING, INC.,

    Plaintiff,

v.                                Case No.: 5:26-cv-00378-JEP-PRL

PURPLE CIRCLES INC. and
MATTHEW S. FURMAN,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF RELATED ACTION**

Plaintiff DonutNV Franchising, Inc. files this Notice of Related Action under Middle District of Florida Local Rule 1.07(c). The actions identified below are related because they arise from the same pending American Arbitration Association proceeding, involve overlapping franchise agreements and related release/addendum documents, seek related declaratory and injunctive relief concerning released claims, covenants not to sue, stipulated-injunction provisions, advancement and fee obligations, and non-individual arbitration issues, and present overlapping questions of fact and law.

**Related Federal Actions**

1. DonutNV Franchising, Inc. v. Crawford Sales & Marketing LLC, James Crawford, and Estela Crawford, Case No. 5:26-cv-00369-JEP-PRL, United States District Court for the Middle District of Florida (Judge Jordan E. Pratt).

2. DonutNV Franchising, Inc. v. Austenite 1250, LLC and Michael Sadler, Case No. 5:26-cv-00370-CEM-PRL, United States District Court for the Middle District of Florida (Judge Carlos E. Mendoza).

3. DonutNV Franchising, Inc. v. DAM Brothers LLC, Nicholas A. Fleming, and Elizabeth A. Fleming, Case No. 5:26-cv-00371-AGM-PRL, United States District Court for the Middle District of Florida (Judge Anne-Leigh Gaylord Moe).

4. DonutNV Franchising, Inc. v. Dropping Donuts, LLC, Matthew Lee Hughey, and Tanya R. Hughey, Case No. 5:26-cv-00372-AGM-PRL, United States District Court for the Middle District of Florida (Judge Anne-Leigh Gaylord Moe).

5. DonutNV Franchising, Inc. v. Eleven Nine LLC and Angela Hanson, Case No. 5:26-cv-00373-JEP-PRL, United States District Court for the Middle District of Florida (Judge Jordan E. Pratt).

6. DonutNV Franchising, Inc. v. Garza Donuts LLC, Christian Garza, and Juanita Yazmin Garza, Case No. 5:26-cv-00374-JEP-PRL, United States District Court for the Middle District of Florida (Judge Jordan E. Pratt).

7. DonutNV Franchising, Inc. v. Karly Thompson Ventures LLC, Karly Thompson, and Malcolm Thompson III, Case No. 5:26-cv-00375-CEM-PRL, United States District Court for the Middle District of Florida (Judge Carlos E. Mendoza).

8. DonutNV Franchising, Inc. v. LBC Donuts LLC, Daniel Cook, and Cindy Cook, Case No. 5:26-cv-00376-JSS-PRL, United States District Court for the Middle District of Florida (Judge Julie S. Sneed).

9. DonutNV Franchising, Inc. v. Lookout Mountain Enterprise, LLC, Doies Lee Alford III, and Kayla Alford, Case No. 5:26-cv-00377-JEP-PRL, United States District Court for the Middle District of Florida (Judge Jordan E. Pratt).

10. DonutNV Franchising, Inc. v. RSP Ventures Inc. and Rebecca R. Pyles, Case No. 5:26-cv-00379-AGM-PRL, United States District Court for the Middle District of Florida (Judge Anne-Leigh Gaylord Moe).

11. DonutNV Franchising, Inc. v. Thompson Donuts, Inc., Zachary Thompson, and Michaela Thompson, Case No. 5:26-cv-00380-JSS-PRL, United States District Court for the Middle District of Florida (Judge Julie S. Sneed).

### Related State Court and Arbitration Matters

12. DonutNV Franchising, Inc. v. Concessions By J & K, LLC, John JW Wayne McNeal, and Kimberly Sluss McNeal, Case No. 35-2026-CA-001300-AXXX-01, Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida.

13. Crawford Sales & Marketing, LLC, et al. v. DonutNV Franchising, Inc., Alex Gingold, and Amanda Gingold, AAA Case No. 01-26-0001-7533, American Arbitration Association.

This Notice is filed to comply with Local Rule 1.07(c) and to inform the Court of the related pending matters. DonutNV does not by this Notice request consolidation, transfer, or any other relief.

Respectfully submitted,

GROSS LAW GROUP, P.A.
4408 Delwood Lane, Suite 14
Panama City Beach, FL 32408
Tel. 850-749-6055
travis@grosslaw.com
pleadings@grosslaw.com

/s/ Jaryeneh Travis Tarpeh
Jaryeneh Travis Tarpeh, Esq.
Florida Bar No. 1028761
Lead Counsel
Counsel for Plaintiff DonutNV
Franchising, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23rd, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

/s/ Jaryeneh Travis Tarpeh
Jaryeneh Travis Tarpeh, Esq.