# EXHIBIT C

AMERICAN ARBITRATION ASSOCIATION
COMMERCIAL ARBITRATION RULES
**<u>DEMAND FOR ARBITRATION</u>**

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box **X [YES]**.  There is no additional administrative fee for this service.

**NAMES OF RESPONDENTS:**    1) DonutNV Franchising, Inc.
        2) Alex Gingold
        3) Amanda Gingold

**COUNSEL FOR RESPONDENTS:**    Gross Law Group, P.A.
        Jaryeneh Travis Tarpeh
        4408 Delwood Ln, Suite 14
        Panama City Beach, FL 32408
        travis@grosslaw.com
        Phone: 850-783-4800 or 321-321-1441

**BRIEF DESCRIPTION OF THE DISPUTE:**  Franchise dispute involving Franchisees and their Franchisor and principals of the Franchisor.  The claims herein involve fraud; misrepresentation; breach of contract; breach of the covenant of good faith and fair dealing; violations of state and federal consumer fraud acts, Little-FTC Acts, and state law including, but not limited to, the Florida Deceptive and Unfair Trade Practices Act, the Florida Sale of Business Opportunities Act, the Texas Deceptive Trade Practices-Consumer Protection Act, the Missouri Merchandising Practices Act, the Indiana Deceptive Consumer Sales Act, the Indiana Franchise Act, the Pennsylvania Unfair Trade Practices and Consumer Protection Law, the Tennessee Consumer Protection Act, and the Colorado Consumer Protection Act; violations of constitutional rights of association; conversion; common law conspiracy, negligent misrepresentation; unjust enrichment; and wrongful termination.  A detailed statement of claims will be filed in connection with the arbitration action.

**DOLLAR AMOUNT OF CLAIM:** $9,999,999.99

**OTHER RELIEF SOUGHT:**  **<u>X</u>** Attorneys' Fees **<u>X</u>** Interest **<u>X</u>** Arbitration Costs **<u>X</u>** Punitive/Exemplary **<u>X</u>** Other: **<u>X</u>** Statutory Damages

**AMOUNT ENCLOSED:** Filing Fee shall be payable by check

**PLEASE DESCRIBE THE QUALIFICATIONS YOU SEEK FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:**  Franchise law experience

**HEARING LOCALE:** Orlando, Florida

1

**ESTIMATED TIME NEEDED FOR HEARINGS OVERALL:** 15-20 days

**TYPE OF BUSINESS:**          Claimant:   Franchisee

Respondent: Franchisor and principals of the Franchisor

**ARE ANY PARTIES TO THIS ARBITRATION, OR THEIR CONTROLLING SHAREHOLDER OR PARENT COMPANY, FROM DIFFERENT COUNTRIES THAN EACH OTHER?** No

**SIGNATURE** (may be signed by a representative):

By: _____

Andrew P. Bleiman, Counsel for Claimants

Date:  May 18, 2026

Name of Claimants:

1) Crawford Sales & Marketing, LLC
2) LBC Donuts, LLC
3) JCDONUTS LLC
4) Farrell Five Corporation
5) Garza Donuts LLC
6) Austenite 1250, LLC
7) Envy of Cookeville LLC
8) Eleven Nine LLC
9) Purple Circles Inc.
10) RSP Ventures Inc
11) Concessions By J & K, LLC
12) SweetDough LLC
13) Karly Thompson Ventures LLC
14) Sweet Circles LLC
15) TXSC Holdings, LLC
16) Gallardoing Corp.
17) Thompson Donuts, Inc.
18) 1 Finger Short Homes Services Inc.
19) Dropping Donuts, LLC
20) Lookout Mountain Enterprise, LLC
21) DAM Brothers LLC
22) Kennaisley LLC

**ADDRESS** (to be used in connection with this case) - Claimants shall be contacted in care of counsel for Claimants:

Andrew P. Bleiman

2

Mark I. Fishbein
Brent "Giles" Davis
Marks & Klein, LLC
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(O) 312.206.5162
andrew@marksklein.com

**ARBITRATION PROVISION:**

The Franchise Agreements at issue contain the following provision concerning arbitration of disputes:

**17.1    Arbitration.**

(a)    Disputes Subject to Arbitration. Except as expressly provided in subsections (c) and (d), any controversy or claim between the parties (including any controversy or claim arising out of or relating to this Agreement or its formation, and including any question of arbitrability) shall be resolved by arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, including the Optional Rules for Emergency Measures of Protection. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction.

(b)    Location. The place of arbitration shall be the city and state where DonutNV Franchising's headquarters are located.

An exemplar Franchise Agreement is attached.