

Central Case Management Center
Kathleen Gossett-Cantrell
Assistant Vice President
13727 Noel Road
Suite 1025
Dallas, TX 75240
Telephone: (972)702-8222

May 29, 2026

Andrew P. Bleiman, Esq.
Marks & Klein, LLC
1363 Shermer Road
Suite 318
Northbrook, IL 60062
Via Email to: andrew@marksklein.com

Jaryeneh T. Tarpeh, Esq.
Gross Law Group, P.A.
4408 Delwood Lane
Suite 14
Panama City Beach, FL 32408
Via Email to: travis@grosslaw.com

Case Number: 01-26-0001-7533

Crawford Sales & Marketing, LLC; LBC Donuts, LLC
JCDONUTS LLC; Farrell Five Corporation
Garza Donuts LLC; Austenite 1250, LLC
Envy of Cookeville LLC; Eleven Nine LLC
Purple Circles Inc.; RSP Ventures Inc
Concessions By J & K, LLC; SweetDough LLC
Karly Thompson Ventures LLC; Sweet Circles LLC
TXSC Holdings, LLC.; Gallardoing Corp.; Thompson
Donuts, Inc.; 1 Finger Short Home Services Inc.;
Dropping Donuts, LLC; Lookout Mountain Enterprise,
-vs-
DonutNV Franchising, Inc., Alex Gingold, Amanda
Gingold

Dear Parties:

Thank you for choosing the American Arbitration Association (AAA) to assist in resolving your dispute. The AAA is committed to providing you with the highest level of service.

This correspondence—along with the enclosed Arbitration Information Sheet, Enhanced Arbitrator Selection Process for Large Complex Cases, Billing Information Sheet, *AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy*, and *AAA-ICDR Cybersecurity Checklist*—provides basic information about the AAA's arbitration process.

I will be your primary contact for this matter and will serve as a resource to you throughout the administration of your case. At times, a member of my staff may contact you on my behalf, but please do not hesitate to contact me directly with any questions, issues, or concerns.

The AAA WebFile® Electronic Case Filing Guidelines apply to this dispute. The AAA requires the parties to use AAA WebFile® to file online their pleadings, including claims, counterclaims, answers, motion briefing, pre- and post-hearing briefs, and other substantive filings. If you have any questions, please refer to the AAA WebFile® Electronic Case Filing ("ECF") Guidelines FAQ or contact your case manager.

On May 18, 2026, the AAA received an Amended Demand for Arbitration regarding a dispute between the parties arising out of a contract providing for arbitration administered by the AAA or governed by the AAA's arbitration rules. All other parties should have received a copy of the Demand for Arbitration from Claimant.

You can review the Commercial Arbitration Rules at https://www.adr.org/rules-forms-and-fees/ . As the claim exceeds $1,000,000, the Large Complex Case Procedures will apply unless the parties agree otherwise. Please refer to our website to access AAA WebFile®, which allows parties to perform a variety of case-related activities online.

The parties' arbitration clause states *"The place of arbitration shall be the city and state where DonutNV Franchising's headquarters are located".* Therefore, the hearing is to be held in Orlando, FL. Respondent may file an Answering Statement, including any objection to the requested locale, within 14 days of the date of this correspondence.

If Respondent does not file an Answering Statement, Respondent will be deemed to have denied the claim. Respondent may file any counterclaims—along with the appropriate administrative fee—with me, copying Claimant.

Respondent may file any counterclaims—along with the appropriate administrative fee—with me, copying Claimant. Counterclaims that do not meet all filing requirements will not be presented to the arbitrator(s), and the AAA will specify a date by which all deficiencies must be addressed.

As the claim exceeds $100,000, the Rules require that the parties mediate their dispute. Mediation is an informal negotiation assisted by an impartial third party and can help the parties resolve their disputes more quickly and economically. Unless the parties agree otherwise, the mediation will proceed concurrently with the arbitration. Any party may opt out of mediation by notifying the AAA and all other parties.

If you are interested in mediation at this time, please contact me at your earliest opportunity.

An administrative call will be scheduled on one of the following dates:

**June 15, 2026**
**June 16, 2026**
**June 17, 2026**

Please advise the AAA of your availability by **June 5, 2026**. Absent a response, we will assume all dates and times are acceptable and the administrative call will be scheduled. For your convenience, the enclosed Arbitration Information Sheet covers items that may be discussed on the call.

Each party must complete a Checklist for Conflicts to help avoid last-minute disclosures that could lead to disqualification of the arbitrator(s). The due date is **June 12, 2026**, and the form may be completed online through AAA WebFile® (www.adr.org). Please list the full names of all persons, companies, or other entities involved in this matter—including, but not limited to, subsidiaries, related entities, witnesses, consultants, and attorneys. The arbitrator(s) will review your lists and disclose any potential conflicts in accordance with the Rules. This form is not a preliminary or final witness list, and the AAA will not share your Checklist with the opposing party or require the parties to exchange them. You may update your Checklist at any time.

If you have an AAA WebFile® account, you should see this case listed when you log in. If you do not see the case number when you login, please contact me. If you do not have an AAA WebFile® account, please navigate

to https://www.adr.org/account/register to enter your email address and begin the registration process. You can make payments online with our Quick Pay option. A unique Pay PIN can be found on your invoice. To pay an invoice or statement, please visit: https://payonline.adrapps.org.

Please contact me with any questions. I look forward to assisting you in this matter.

Sincerely,

*/s/ Kiamesha Bright*

Kiamesha Bright
Manager of ADR Services
Direct Dial: (972)499-5793
Email: KiameshaBright@adr.org

Enclosure

cc:    Mark I. Fishbein, Esq.
       Brent M. Davis, Esq.



## Arbitration Information Sheet

This document provides information about your upcoming arbitration and the expectations concerning each party's conduct throughout the process. Please save this information sheet so that you may refer to it throughout the arbitration.

**Administrative Conference** – The AAA may conduct an Administrative Conference with the parties to discuss issues that will assist the AAA in administering the case as efficiently as possible. This is also a good time for the parties to discuss ways to conduct the arbitration to meet their specific needs. Please be prepared to discuss the following:

- Estimates on the expected duration of the case;
- Number of arbitrators/party-appointed arbitrator provision;
- Method of appointment of arbitrators, if applicable;
- Your views on the qualifications of the arbitrators to be proposed;
- The possibility of submitting this dispute to mediation;
- The handling of extension requests;
- Reminder for parties to review the *AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy*;
- Means of communication between the AAA and the parties;
- The possibility of utilizing a documents only process.

**Exchange of Correspondence and Documents** – It is also important to note that the parties must exchange copies of all correspondence during the course of the arbitration. The two exceptions are the Checklist for Conflicts mentioned above and the party's arbitrator ranking list, which you will receive further information on during the course of the arbitrator appointment process. The parties only need to send copies of documents, such as discovery, to the AAA if the document is to be transmitted to the arbitrator for a determination.

**Communications with Arbitrator** – It is very important that parties do not engage in any ex-parte communications with the arbitrator. So as to minimize the potential of such communications, this case will be administered by facilitating the exchange of appropriate written documents through the AAA. To ensure the proper handling of all case-related documents, the parties are asked not to submit correspondence directly to the arbitrator. Correspondence should be submitted to your primary contact for transmittal to the arbitrator, copying the other party.

**Timeliness of Filings** – Please pay particular attention to response dates included on any correspondence sent to you by the AAA. Untimely filings or responses will not be considered by the AAA. Therefore, if you need an extension to any deadline, please contact the other party to reach an agreement. In the event you are unable to agree, the AAA or the arbitrator will determine if an extension will be granted.

**International Arbitrations** – If either party believes a matter involves an arbitration agreement between parties from different countries or otherwise has an international nexus that may give rise to unique issues, please let the AAA know within fifteen days. The International Centre for Dispute Resolution (ICDR, www.ICDR.org ) is a Division of the AAA that administers international arbitrations worldwide, including in the US. The ICDR is available for assistance in any arbitration handled by the AAA, or, alternatively, can administer the case, if both parties agree. The AAA can also apply its Supplementary Procedures for International Arbitration under any of its Rules. The Supplementary Procedures are available on either www.ADR.org or www.ICDR.org.

**Locale of the Arbitration –** The parties may agree to a locale for the arbitration. This agreement can be made in the parties' agreement or contract, or when the arbitration is submitted to the AAA. The AAA will place the

arbitration within the agreed upon locale.

When the parties' arbitration agreement is silent or ambiguous with respect to locale, and the parties disagree as to locale, the AAA may determine the place of arbitration, subject to the power of the arbitrator after appointment, to make a final determination on the locale.

In these circumstances, the Claimant will generally request that the hearing be held in a specific locale. If the Respondent fails to file an objection to the locale requested by the Claimant within 14 calendar days after the notice of the request has been sent to the Respondent by the AAA, the AAA will confirm the locale requested by the Claimant is agreeable.

When a locale objection is filed, each party is requested to submit written statements regarding its reasons for preferring a specific locale. In preparing their written statements, the parties are asked by the administrator to address the following issues:

- Location of parties & attorneys;
- Location of witness and documents;
- Location of records;
- If construction, location of site, place or materials and the necessity of an on-site inspection;
- Consideration of relative difficulty in traveling and cost to the parties;
- Place of performance of contract;
- Place of previous court actions;
- Location of most appropriate panel;
- Any other reasonable arguments that might affect the locale determination.

**AAA WebFile®** – As part of our administrative service, we invite you to learn more about how to manage your case online and register with AAA WebFile®, our secure case management platform that allows parties to perform a variety of case related activities, at https://go.adr.org/aaa-webfile.

AAA WebFile provides flexibility because it allows you to work online as your schedule permits - day or night. Cases originally filed in the traditional offline manner, can also be viewed and managed online at www.adr.org, under "Log In". If the case does not show up when you log in, please contact me.

**Refund Schedule** – The AAA maintains a refund policy within the applicable administrative fee schedule. Filing fees become non-refundable after 60 days from the AAA's receipt of the Demand or upon the appointment of the arbitrator. The AAA's receipt date of the Demand for Arbitration will be used to calculate filing fee refunds for both claims and counterclaims. Final fees will be refunded in accordance with the applicable administrative fee schedule if a matter is settled or withdrawn prior to the first hearing. As compensation deposits are based on estimates, any unused portion will be refunded upon case closure.

*Revised February 2026*

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

### Enhanced Arbitrator Selection Process for Large Complex Cases

The Enhanced Arbitrator Selection Process is a level of service that is designed to give parties in AAA arbitrations who use the Procedures for Large, Complex disputes greater flexibility and control in selecting the most appropriate arbitrator for their case. At no additional cost, parties can agree to customize their arbitrator selection process by agreeing to use one or more of the screening processes offered. Parties are encouraged to discuss options with each other and the AAA who will be knowledgeable in helping the parties' fine-tune their selection process.

The following is an overview of the suggested options offered using the Enhanced Arbitrator Selection Process:

*Representative sample review*—The AAA will provide the parties with an initial sample of arbitrator resumes based on the qualifications requested by the parties. The parties will review the sample resumes and confer with the case manager to give feedback on whether the arbitrators presented meet their needs. This feedback will be used in developing the final list of arbitrators from which the parties will select.

*Pre-screening for arbitrator disclosures and availability*—The AAA will pre-screen a select number of arbitrators who possess the qualifications requested by the parties. The arbitrators may be pre-screened for conflicts of interest, availability, or both.

*Supplemental Description of Arbitrator's Experience*—The parties can request more information in the form of a brief synopsis regarding specific expertise in a specific field. The arbitrators will be requested to elaborate on experience in a specific area as requested by the parties. This may also include a request for references and/or a copy of a CV, where applicable.

*Oral or written interviews of the arbitrator candidates*—The AAA will work with parties to develop an interview protocol in order for the parties to have an opportunity to present questions to a select number of potential arbitrator candidates, either through a telephone conference, or in writing. Examples of interview question topics might include: industry expertise, relative experience in similar disputes, the arbitrator's procedural handling practices, and any other questions that the parties would find helpful to the selection process.

*Block listing*—For cases involving three-arbitrator panels, the AAA can provide separate lists of arbitrators to the parties, each one containing arbitrators with a specified background or level of expertise, i.e., one list of retired judges, one list of attorneys and one list of business and industry experts.

*Streamlined Three Arbitrator Panel Option*—In cases where the rules or the parties' agreement requires a panel of three arbitrators to hear and decide the case, the **Streamlined Three Arbitrator Panel Option** allows parties to move through the preliminary and exchange of information (discovery) stages of a case working with a single arbitrator. The full panel would then participate in the evidentiary hearing and render the final award on the case. For additional information on the Streamlined Panel Option, please visit our website at www.adr.org.

Parties know how important the selection of the right arbitrator is in having an effective arbitration process. The above services can give the parties confidence that they have met that goal. This service is offered at no additional cost and your AAA contact will help facilitate an agreement during an administrative conference.

We encourage the parties to work together to agree on as many procedures as possible and we will work to try to find a process that is agreeable to everyone. However, if after full discussion with the parties, an agreement is not reached, the AAA will administer the case in accordance with the standard arbitrator selection process outlined in the rules.

*Revised April 2017*



### Billing Information Sheet

**Deposits –** After the preliminary management hearing, the arbitrator will notify the case manager how much time is anticipated for the arbitration process. The case manager will then notify the parties of this amount. Once billing is entered into our system, an invoice is automatically generated and transmitted within 2 weeks. Should you need an immediate copy to expedite payment, please contact your case manager. Your Invoice/Statement includes a list of "Payment Options." If paying by check, please make it payable to "American Arbitration Association" and forward it to the lockbox address as specified on the "Payment Options" page of your Invoice/Statement. These deposits are typically due thirty days prior to the evidentiary hearings, but this may vary depending on the schedule specific to this case. At the conclusion of the preliminary management hearing, the parties' representatives and the case manager may discuss the AAA's billing and deposit practices with regard to covering the arbitrator's anticipated fees and expenses for the entire proceeding. We ask that the representatives discuss this with their clients prior to the conference so that any questions they may have can be addressed.

Deposits are typically due thirty days prior to the first evidentiary hearing, and failure to make deposits by the established due date may result in the arbitrator suspending the proceeding. Therefore, please comply with all established due dates for payment in order to avoid interruption in the progress of the case. All unused deposits shall be promptly refunded.

Parties are also reminded that they may view case financial information, as well as make payments with a credit card online via AAA WebFile®. If you have an AAA WebFile® account, you should see this case listed when you log in. If you do not see the case number when you login, please contact me. If you do not have an AAA WebFile® account, please navigate to [www.adr.org](http://www.adr.org) and click "Log In" at the top, and then select "Register Now" to begin the registration process.

Compensation to the arbitrator represents an independent obligation of the parties, and it is understood that the AAA has no liability, direct or indirect, for such payment. Each party shall promptly deposit in advance with the AAA such sums of money as required by the case manager to defray the costs of the arbitrator(s) fees. Compensation incurred will be deducted from deposits on hand, if any.

**Abeyance Fee –** Should parties agree, it is the policy of the AAA to hold cases in abeyance for up to one year. The parties may continue to hold the matter in abeyance beyond that period provided that they remit a payment of $750.00 to the AAA to cover the administrative expense of continued tracking of such cases.

**Final Fee –** The Final Fee will be incurred upon the scheduling of the first hearing that is evidentiary in nature, including hearings on dispositive motions and motions/requests for interim relief or awards. The Final Fee is payable by each party filing a claim or counterclaim, pursuant to the applicable administrative fee schedule.

**Refund Schedule –** The AAA maintains a refund policy within the applicable administrative fee schedule. Filing fees become non-refundable after 60 days from the AAA's receipt of the Demand or upon the appointment of the arbitrator. The AAA's receipt date of the Demand for Arbitration will be used to calculate filing fee refunds for both claims and counterclaims. Final fees will be refunded in accordance with the applicable administrative fee schedule if a matter is settled or withdrawn prior to the first hearing. As compensation deposits are based on estimates, any unused portion will be refunded upon case closure.

**Credit Card Payments –** A processing fee will be assessed on payments made by credit card. All such processing fees are non-refundable, regardless of whether AAA fees or compensation or expense deposits are later refunded in full or in part. There is no processing fee for payments made by echeck or debit cards. Please note this processing fee is charged by the credit card company. It is not a fee imposed by the AAA and will not appear on any AAA invoices/statements.

*Revised February 2026*