**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DONUTNV FRANCHISING, INC.,

     Plaintiff,

v.                                                          Case No.: 5:26-cv-00378-JEP-PRL

PURPLE CIRCLES INC. and
MATTHEW S. FURMAN,

     Defendants.

_____/

**PLAINTIFF'S REQUEST FOR EXPEDITED HEARING AND ORAL**

**ARGUMENT**

Plaintiff DonutNV Franchising, Inc. requests an expedited hearing and oral argument on its Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

The request is made under Local Rule 3.01(i) and is filed separately from the renewed motion. DonutNV requests a hearing at the Court's earliest convenience and, if the Court determines that a ruling without hearing is appropriate, requests a ruling by July 3, 2026, or as soon thereafter as practicable.

The renewed motion concerns active AAA proceedings, released claims, non-individual proceeding demands, and court-preserved interim relief rights under the parties' written agreements. DonutNV estimates that thirty minutes is sufficient for argument unless the Court prefers a longer hearing.

                                                  Respectfully submitted,

GROSS LAW GROUP, P.A.
4408 Delwood Lane, Suite 14
Panama City Beach, FL 32408
Tel. 850-749-6055
travis@grosslaw.com
pleadings@grosslaw.com

/s/ Jaryeneh Travis Tarpeh
Jaryeneh Travis Tarpeh, Esq.
Florida Bar No. 1028761
Lead Counsel
Counsel for Plaintiff DonutNV
Franchising, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23rd, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF. A copy is also being served by email on Andrew P. Bleiman at andrew@kfblawfirm.com.

/s/ Jaryeneh Travis Tarpeh
Jaryeneh Travis Tarpeh, Esq.